Christopher R. Guerriero
X Corp.
249 W 17th Street
New York, NY 10011
(201) 228-0699
cguerriero@x.com

Catherine P. Kelly
HeyTap PTE. LTD f/k/a Bravo Unicorn PTE. LTD
Stevens & Lee P.C.
485 Madison Ave., 20th Floor
New York, New York 10022
(212) 537-0417
catherine.kelly@stevenslee.com

**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   05/20/20
```

**VIA ECF**                                                        May 20, 2026

Honorable Dale E. Ho
United Sates District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007


Honorable Barbara C. Moses
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *HeyTap PTE. LTD v. X Corp.*, 26-cv-01010 (DEH) (BCM)

Dear Judge Ho and Judge Moses:

      The parties write jointly pursuant to Rule 7 of Judge Ho's Individual Rules and Practices and Rule 2(a) of Judge Moses's Individual Practices.  Today, May 20, 2026, the parties reached an agreement to settle in principle which will resolve this case in its entirety once finalized.

      The parties respectfully request a 45-day stay of today's May 20, 2026, deadline to serve initial written discovery, (ECF No. 16), and X Corp.'s May 27, 2026, deadline to answer or

otherwise respond to the Amended Complaint (ECF No. 17) under Fed. R. Civ. P. 15(a)(3).  The

requested stay will enable the parties to focus on finalizing their agreement.

Defendant X Corp. previously requested an extension of its deadline to respond to the

original Complaint, which was granted (ECF No. 11).  No prior extension requests have been made

with respect to the Amended Complaint or the Initial Case Management Order.  Because the parties

anticipate filing a stipulation of dismissal with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii)

within the next 45 days, the requested stay will not affect any other deadlines.

Respectfully submitted,

/s/ *Christopher R. Guerriero*
Christopher R. Guerriero

*Counsel for Defendant X Corp.*

/s/ *Catherine P. Kelly*
Catherine Pastrikos Kelly

*Counsel for Plaintiff Heytap PTE. LTD*

Application GRANTED. In light of the parties' representation that they have reached a settlement, the deadlines as set in the Initial Case Management Order (Dkt. 16) and defendant's deadline to answer or otherwise respond to plaintiff's amended complaint are EXTENDED as follows:  1) the parties' deadline to serve written discovery is EXTENDED to July 6, 2026; 2) defendant's deadline to answer or otherwise respond to plaintiff's amended complaint is EXTENDED to July 13, 2026; and 3) the parties' deadline to complete fact discovery, including fact depositions, and the close of all discovery is EXTENDED to October 12, 2026. SO ORDERED.

**Barbara Moses**
**United States Magistrate Judge**
**May 20, 2026**